Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

LISA DAWN TISDALE and
BRADLY EDWARD ROBLEY
THOMAS,

             Defendants.

4:22-CR-6055-MKD

INDICTMENT

Vio:  21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(viii), (b)(1)(B)(vi),
846
Conspiracy to Distribute 50
Grams or More of Actual
(Pure) Methamphetamine and
40 Grams or More of Fentanyl
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(viii)
Distribution of 5 Grams or
More of Actual (Pure)
Methamphetamine
(Counts 2, 3)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with Intent to
Distribute 50 Grams or More
of Actual (Pure)
Methamphetamine,
(Counts 4, 7)

INDICTMENT - 1

21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi)
Possession with Intent to
Distribute 40 Grams or More
of Fentanyl,
(Count 5)

18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of
Firearms,
(Count 6)

21 U.S.C. § 853, 18 U.S.C.
§ 924, 28 U.S.C. § 2461
Forfeiture Allegation

The Grand Jury Charges:

## COUNT 1

Beginning on a date unknown but at least by on or about June 29, 2022, and continuing to on or about October 10, 2022, in the Eastern District of Washington, the Defendants, LISA DAWN TISDALE and BRADLY EDWARD ROBLEY THOMAS, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown, to commit the following offense against the United States, to wit:  distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, and 40 grams or more of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vi), all in violation of 21 U.S.C. § 846.

INDICTMENT - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT 2

On or about June 29, 2022, in the Eastern District of Washington, the Defendant, LISA DAWN TISDALE, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 3

On or about July 13, 2022, in the Eastern District of Washington, the Defendant, LISA DAWN TISDALE, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 4

On or about August 2, 2022, in the Eastern District of Washington, the Defendants, LISA DAWN TISDALE and BRADLY EDWARD ROBLEY THOMAS, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 5

On or about August 2, 2022, in the Eastern District of Washington, the Defendants, LISA DAWN TISDALE and BRADLY EDWARD ROBLEY THOMAS, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-

INDICTMENT - 3

N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 6

On or about August 2, 2022, in the Eastern District of Washington, the Defendant, BRADLY EDWARD ROBLEY THOMAS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Sarsilmaz, 9mm handgun, bearing serial number T1102-17G03479, and a Sturm, Ruger & Co. .45 caliber handgun, bearing serial number 861-19265, which firearms had theretofore been transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 7

On or about October 10, 2022, in the Eastern District of Washington, the Defendant, BRADLY EDWARD ROBLEY THOMAS, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT - 4

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, LISA DAWN TISDALE and BRADLY EDWARD ROBLEY THOMAS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

Counts 1, 4 and 5

- a Sturm, Ruger & Co. .45 caliber handgun, bearing serial number 86119265; and

- a Sarsilmaz 9mm handgun, bearing serial number T1102-17603479.

If any forfeitable property, as a result of any act or omission of the Defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, BRADLY EDWARD ROBLEY THOMAS, shall forfeit to the

INDICTMENT - 5

United States of America, any firearms and ammunition involved or used in the

commission of the offense, including, but not limited to:

- a Sturm, Ruger & Co. .45 caliber handgun, bearing serial number 86119265; and

- a Sarsilmaz 9mm handgun, bearing serial number T1102-17603479.

DATED this 20 day of December 2022.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 6