UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2023

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Tisdale, Lisa Dawn | Docket No. | 0980 4:22CR06055-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Lisa Dawn Tisdale, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 14th day of April 2023, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Lisa Tisdale is alleged to be in violation of her pretrial release supervision by having used a controlled substance, methamphetamine, on or about June 6, 2023.

On April 17, 2023, the undersigned officer reviewed all the conditions of pretrial release supervision with the defendant. Ms. Tisdale verbalized a full understanding, and signed a copy of her release conditions. She was referred to Merit Resource Services (Merit) for random drug testing and she entered outpatient substance abuse treatment at Somerset Counseling Services.

On June 7, 2023, Ms. Tisdale called the undersigned officer and admitted to having used methamphetamine the night before on June 6, 2023. The defendant reported she completed a drug test at Merit on that same date, and this drug test was positive for methamphetamine. Merit staff sent this drug test to Abbott Laboratory for confirmation. The drug test report was later received confirming of a positive result for methamphetamine, as the defendant reported.

Ms. Tisdale's drug testing frequency was increased. She has complied with the increased drug testing, and to date, her drug tests have been negative. Ms. Tisdale is enrolled in outpatient substance abuse treatment at Somerset Counseling Services, and is currently in compliance with her treatment sessions.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    August 15, 2023 |
| | by | s/Elizabeth Lee |
| | | Elizabeth Lee<br>U.S. Pretrial Services Officer |

**Re: Tisdale, Lisa Dawn**
**August 15, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

August 15, 2023

Date