UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Tisdale, Lisa Dawn | Docket No. | 0980 4:22CR06055-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Lisa Dawn Tisdale, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Richland, Washington, on the 14th day of April 2023, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On April 17, 2023, the undersigned officer reviewed all the conditions of pretrial release supervision with the defendant. Ms. Tisdale verbalized a full understanding and signed a copy of her release conditions. She was referred to Merit Resource Services (Merit) for random drug testing and she entered outpatient substance abuse treatment at Somerset Counseling Services.

**Violation #1:** Lisa Tisdale is alleged to be in violation of her pretrial release supervision by having used a controlled substance, methamphetamine, on or about November 7, 2023.

On November 7, 2023, Ms. Tisdale sent the undersigned officer a text message after hours reporting she accidentally took a capsule of methamphetamine that was inside an old bottle of diet supplements. Ms. Tisdale reported she took the capsule a couple of hours before, and all of a sudden felt "a really not fun at all high." She indicated she could barely drive to Merit, was sitting inside her vehicle outside, and stated, "I'm so high I can't even walk or talk right now." Defendant indicated she would be calling a family member to take her to the hospital.

On November 8, 2023, Ms. Tisdale reported to the probation office as instructed and completed a drug test. This drug test was presumptive positive for methamphetamine and amphetamine, and the drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test report was later received confirming a positive drug test result for methamphetamine.

**Violation #2:** Lisa Tisdale is alleged to be in violation of her pretrial release supervision by having used a controlled substance, methamphetamine, on or about November 13, 2023.

On November 13, 2023, Ms. Tisdale sent the undersigned officer a text message reporting she would be completing a drug test at Merit on this same date, and she was assuming this drug test would still be "dirty." Ms. Tisdale later sent this officer another text message reporting the drug test was presumptive positive for methamphetamine. Ms. Tisdale denied any new drug use. Merit staff sent this drug test to Abbott Laboratory and the drug test report is pending.

**Violation #3:** Lisa Tisdale is alleged to be in violation of her pretrial release supervision by having used a controlled substance, methamphetamine, on or about November 15, 2023.

Re: Tisdale, Lisa Dawn
November 17, 2023
Page 2

On November 17, 2023, Ms. Tisdale reported to the probation office for drug testing as instructed. The drug test was presumptive positive for amphetamine and methamphetamine. At first, Ms. Tisdale denied any new drug use and later admitted to using methamphetamine on November 15, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 17, 2023 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

November 17, 2023

Date